1072

No. 89–862. YOUNG ET VIR v. DEPARTMENT OF JUSTICE ET AL. C. A. 2d Cir. Certiorari denied.

No. 89–874. ILLINOIS CENTRAL GULF RAILROAD CO. v. RUSSELL. Sup. Ct. Ala. Certiorari denied.

No. 89–875. FELKER v. PENNSYLVANIA. Super. Ct. Pa. Certiorari denied.

No. 89–887. SOUTHERN OHIO STATE EXECUTIVE OFFICES OF CHURCH OF GOD ET AL. v. FAIRBORN CHURCH OF GOD ET AL. Ct. App. Ohio, Green County. Certiorari denied.

No. 89–891. CAMPOS v. ILLINOIS. App. Ct. Ill., 2d Dist. Certiorari denied.

No. 89–903. DAVIS ET UX. v. FARASY ET AL. Ct. App. Md. Certiorari denied.

No. 89–905. MUSCOGEE COUNTY SCHOOL DISTRICT ET AL. v. MITTEN, BY AND THROUGH HER FATHER AND NEXT FRIEND, MITTEN, ET AL. C. A. 11th Cir. Certiorari denied.

No. 89–906. J. H. H. ET AL. v. O'HARA ET AL. C. A. 8th Cir. Certiorari denied.

No. 89–908. AUTOMOBILE CLUB OF MICHIGAN, AKA AAA, ET AL. v. BULLOCK. Sup. Ct. Mich. Certiorari denied.

No. 89–909. TAYLOR, DBA EXPLORATION SERVICES v. UNITED STATES ET AL. C. A. 5th Cir. Certiorari denied.

No. 89–911. CONSOLIDATED OIL & GAS, INC. v. SOUTHERN UNION CO. ET AL. C. A. D. C. Cir. Certiorari denied.

No. 89–912. BABCOCK, BY AND THROUGH HER GUARDIAN, BABCOCK, ET AL. v. TYLER ET AL. C. A. 9th Cir. Certiorari denied.